# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-02568-als11 |
| | ) | Affiliated Cases: 18-02566-als11 & 18-02569-als11 |
| **JONES LEASE PROPERTIES, LLC** | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chapter 11 |
| | ) | |
| PO Box 134 | ) | Hon. Anita L. Shodeen |
| Colona, IL 61241 | ) | |
| | ) | **DOCUMENTS IN SUPPORT OF** |
| EIN: 42-1023001 | ) | **DEBTOR'S MOTION FOR USE OF** |
| | ) | **CASH COLLATERAL** |
| | ) | |
| | ) | Date: January 8-9, 2019 |
| | ) | Time: 9:00 a.m. |
| | ) | Place: Federal Courthouse, 131 E 4th St., |
| | ) | Davenport, IA |

**COMES NOW**, Jones Lease Properties, LLC (the "Debtor"), Debtor and Debtor-in-Possession herein, by and through its proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq. and Krystal R. Mikkilineni, Esq., of the law firm Bradshaw, Fowler, Proctor & Fairgrave, P.C., and pursuant to the Court's Order (Docket Item 58) hereby submits supporting information designating funds required for the Debtor to operate through January 10, 2019, including payroll.

Dated: December 12, 2018        */s/    Jeffrey D. Goetz*
                                Jeffrey D. Goetz, Esq., AT0002832
                                Krystal R. Mikkilineni, Esq., AT0011814
                                Bradshaw, Fowler, Proctor & Fairgrave, P.C.
                                801 Grand, Suite 3700
                                Des Moines, IA  50309-8004
                                515/ 246-5817
                                515/ 246-5808 fax
                                gotez.jeffrey@bradshawlaw.com
                                mikkilineni.krystal@bradshawlaw.com

                                Proposed General Reorganization Counsel for
                                Jones Lease Properties, LLC
                                Debtor and Debtor in Possession

CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                                  */s/ Barbara Warner*

**Jones Lease Properties LLC, Case No. 18-02568-als11**     Exhibit A

## Payroll Allocation for Pay Periods Ending 11/30/2018 and 12/07/2018

**Source:** Schedules prepared by the Debtor

| Bank Name | No. of Doors [Notes 1, 2] | Payroll Allocation Total |
|---|---:|---:|
| **Jones Lease Properties LLC** | | |
| Bank of Orion | 32 | $ 870.60 |
| Blue Grass Savings Bank | 1 | 27.21 |
| Central Bank | 7 | 190.45 |
| Exchange Bank | 6 | 163.24 |
| First State Bank of Shannon | 3 | 81.62 |
| First Midwest Bank | 1 | 27.21 |
| IH Mississippi Valley Credit Union | 11 | 299.27 |
| Midwest Bank | 1 | 27.21 |
| Quad City Bank & Trust | 51 | 1,387.52 |
| Sauk Valley Bank | 66 | 1,795.63 |
| Walcott Trust and Savings Bank | 14 | 380.89 |
| **Total - Jones Lease Properties LLC** | **193** | **5,250.85** |
| | | |
| **JP Rentals, LLC** | | |
| Northwest Bank | 38 | 1,033.85 |
| **Total - JP Rentals, LLC** | **38** | **1,033.85** |
| | | |
| **JP Apartment Cooperative** | | |
| First Midwest Bank | 124 | 3,373.61 |
| **Total - JP Apartment Cooperative** | **124** | **3,373.61** |
| | | |
| **Total** | **355** | **$ 9,658.31** |

| Payroll: | | |
|---|---:|---:|
| Total payroll for pay period ending 11/30/2018 **[See Exhibits A.1 and A.2]** | $ 3,343.11 | |
| Total payroll for pay period ending 12/07/2018 **[See Exhibits A.1 and A.2]** | 6,315.20 | |
| **Total Payroll** | **9,658.31** | |
| | | |
| **Payroll Allocation per Bank** | **$ 27.21** | |

**Notes**
**[1]** Does not include commercial properties.
**[2]** Includes properties that are on the "Release" list but have not yet been turned over to the respective banks.

GlassRatner Advisory &
Capital Group LLC     1 of 3

**Jones Lease Properties LLC, Case No.  18-02568-als11**                                   Exhibit A.1

**Payroll for Pay Periods Ending 11/30/2018 and 12/07/2018**

**Source:** Schedules prepared by the Debtor

| Name | 11/30/2018 | 12/7/2018 | Total [Note 1] |
|---|---:|---:|---:|
| **Jones Lease Properties LLC** | | | |
| Kim Thompson | $ 1,611.44 | $ 1,135.58 | $ 2,747.02 |
| Penny Schmidt | - | 900.00 | 900.00 |
| Penny Schmidt - Reimbursement for Gas | 122.05 | 30.00 | 152.05 |
| Jordan Jones | - | 800.00 | 800.00 |
| Jordan Jones - Reimbursement for Gas | - | 40.00 | 40.00 |
| Nick Castleman | - | 750.00 | 750.00 |
| Ron Cooper | - | 650.00 | 650.00 |
| Brittany Korzon | - | 400.00 | 400.00 |
| **Total - Jones Lease Properties LLC** | **$ 1,733.49** | **$ 4,705.58** | **$ 6,439.07** |

**Notes**

**[1]** Payments are reported to the IRS on Form 1099-MISC, Miscellaneous Income.

GlassRatner Advisory & Capital Group LLC                                                                 2 of 3

**Jones Lease Properties LLC, Case No. 18-02568-als11**  Exhibit A.2

**Payroll for Pay Periods Ending 11/30/2018 and 12/07/2018**

**Source:** Schedules prepared by the Debtor

| Name | Pay Period Ending | Gross Pay | Federal Withholding | Social Secuity | Medicare | IL Withholding | Net Pay | Employer Portion Payroll Taxes | Total Net Payroll |
|---|---|---|---|---|---|---|---|---|---|
| **JP Rentals, LLC** | | | | | | | | | |
| Robert Brewer | 11/30/2018 | $ 1,009.62 | $ 23.00 | $ 62.60 | $ 14.64 | $ 43.62 | $ 865.76 | $ 77.24 | $ 943.00 |
| Caleb Norville | 11/30/2018 | 600.00 | 60.00 | 37.20 | 8.70 | 29.70 | 464.40 | 45.90 | 510.30 |
| **Total payroll for period ending 11/30/2018** | 11/30/2018 | **1,609.62** | **83.00** | **99.80** | **23.34** | **73.32** | **1,330.16** | **123.14** | **1,453.30** |
| | | | | | | | - | | |
| Robert Brewer | 12/8/2018 | 1,009.62 | 23.00 | 62.60 | 14.64 | 43.62 | 865.76 | 77.24 | 943.00 |
| Caleb Norville | 12/8/2018 | 600.00 | 60.00 | 37.20 | 8.70 | 29.70 | 464.40 | 45.90 | 510.30 |
| **Total payroll for period ending 12/08/2018** | 12/8/2018 | **1,609.62** | **83.00** | **99.80** | **23.34** | **73.32** | **1,330.16** | **123.14** | **1,453.30** |
| | | | | | | | | | |
| **Total - JP Rentals, LLC** | | **$ 3,219.24** | **$ 166.00** | **$ 199.60** | **$ 46.68** | **$ 146.64** | **$ 2,660.32** | **$ 246.28** | **$ 2,906.60** |