UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JONES LEASE PROPERTIES, L.L.C., ) | Case No.: 18-02568 |
| ) | |
| Debtor. ) | EXCHANGE STATE BANK'S |
| ) | MOTION TO LIFT STAY |
| ) | |

COMES NOW, Creditor, Exchange State Bank, by and through its attorney, Kevin L. Halligan of Bush, Motto, Creen, Koury & Halligan, P.L.C., and for its Motion to Lift Stay pursuant to 11 U.S.C. §362 and Bankruptcy Rule 4001, requests that this Court Modify the Automatic Stay and in support of therof sets forth the following:

1.  On or about January 30, 2017, Debtor, Jones Lease Properties, L.L.C. (hereinafter "Jones Lease") and Erik R. Jones, individually, entered into a Promissory Note known by Loan # 21557 with Exchange State Bank. *See Note attached hereto and made a part hereof as Exhibit "1".* As security for payment of that Note to Exchange State Bank, Debtor gave a first mortgage on the rental property at 1013 21st Avenue, Silvis, Illinois 61282. *A copy of the Mortgage dated 01/30/17 is attached hereto and made a part hereof as Exhibit "2".*

2.  On or about February 28, 2017, Debtor, Jones Lease and Erik R. Jones, individually, entered into a Promissory Note known by Loan #21583 with Exchange State Bank. *See Note attached hereto and made a part hereof as Exhibit "3".* As security for payment of that Note to Exchange State Bank, Debtor gave a first mortgage on the rental property at 1505-1507 18th Avenue, Silvis, Illinois 61282. *A copy of the Mortgage dated 02/28/17 is attached hereto and made a part hereof as Exhibit "4".*

3.  On or about April 12, 2017, Debtor, Jones Lease and Erik R. Jones, individually, entered into a Promissory Note known by Loan #21621 with Exchange State Bank. *See Note attached hereto and made a part hereof as Exhibit "5".* As security for payment of that Note to Exchange State Bank, Debtor gave a first mortgage on the rental property at 3526 37th Street,

Moline, Illinois 61265. *A copy of the Mortgage dated 04/12/17 is attached hereto and made a part hereof as <u>Exhibit "6"</u>.*

4. On or about August 16, 2017, Debtor, Jones Lease and Erik R. Jones, individually, entered into a Promissory Note known by Loan #21722 with Exchange State Bank. *See Note attached hereto and made a part hereof as <u>Exhibit "7"</u>.* As security for payment of that Note to Exchange State Bank, Debtor gave a first mortgage on the rental property at 9421 12th Street West, Rock Island, Illinois 61201. *A copy of the Mortgage dated 08/16/17 is attached hereto and made a part hereof as <u>Exhibit "8"</u>.*

5. On or about November 10, 2017, Debtor, Jones Lease and Erik R. Jones, individually, entered into a Promissory Note known by Loan #21764 with Exchange State Bank. *See Note attached hereto and made a part hereof as <u>Exhibit "9"</u>.* As security for payment of that Note to Exchange State Bank, Debtor gave a first mortgage on the rental property at 938 19th Street, Rock Island, Illinois 61201. *A copy of the Mortgage dated 11/10/17 is attached hereto and made a part hereof as <u>Exhibit "10"</u>.*

6. The current balance due on Note # 21557 as of December 4, 2018 is $86,609.44. The current balance due on Note #21583 as of December 4, 2018 is $124,431.93. The current balance due on Note #21621 as of December 4, 2018 is $102,553.07. The current balance due on Note #21722 as of December 4, 2018, is $93,234.21 and the current balance due on Note #21764 as of December 4, 2018 is $77,460.17.

7. The Debtor, Jones Lease is currently in default on all five (5) Notes. On Note # 21557, the last payment received was on July 16, 2018 and the current past due amount is $3,023.80. On Note #21583 the last payment was received on July 16, 2018 and the past due amount is $4,344.10. On Note #21621 the last payment was received on July 16, 2018 and the past due amount is $3,555.25. On Note # 21722 the last payment received was on July 16, 2018 and the current past due amount is $3,195.10. On Note #21764 the last payment received was on July 16, 2018 and the current past due amount is $2,635.35. The total past due amounts on the five (5) Notes as of December 4, 2018 is $16,753.60.

8. The current status of the five (5) rental properties that secure Exchange State Bank's five (5) first mortgages are as follows:

    a. 1013 21st Avenue – Vacant;

    b. 1505-1507 18th Avenue (duplex) – 1 unit rented and 1 vacant;

  c.  3526 37th Street – Rented;

  d.  9421 12th Street West – This home was partially rehabbed, but is not finished and is currently empty and not rented; and

  e.  938 19th Street – No work has been done on this address since it was purchased and it is now overgrown and empty.

  9. That Exchange State Bank does not believe that rent from 1 ½ of the properties securing its five (5) loans can meaningfully contribute to any reorganization plan proposed by Debtor and will only delay the inevitable.

  10. Relief from the Automatic Stay is necessary to prevent reparable damage to Exchange State Bank and allow it to proceed with non-judicial or judicial foreclosure.

  WHEREFORE, Creditor, Exchange State Bank, respectfully requests that this Honorable Court grant its Motion to Lift Stay with respect to the collateral set forth above, and for any further relief that this Court deems just and equitable.

  Dated this 3rd day of January, 2019.

            EXCHANGE STATE BANK, Creditor

     By:  /S/ Kevin L. Halligan
        Kevin L. Halligan
        Bush, Motto, Creen, Koury & Halligan, PLC
        5505 Victoria Avenue #100
        Davenport, Iowa 52807
        Telephone: (563) 344-4900
        Facsimile: (563) 344-8961
        E-mail: klhalligan@bmcklaw.com
        ATTORNEY FOR CREDITOR
        EXCHANGE STATE BANK

Copy to:

Jeffrey D. Goetz, Esq.
Krystal R. Mikkilineni
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309-8004
ATTORNEY FOR DEBTOR

Dale G. Haake
Katz, Nowinski, P.C.
1001 36th Avenue
Moline, IL 61265

Allison E. Walsh
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
ATTORNEY FOR SAUK VALLEY BANK & TRUST CO.

Brett R. Marshall
Lane & Waterman
220 N. Main Street, Suite 600
Davenport, Iowa 52801
ATTORNEY FOR QUAD CITY BANK & TRUST CO.
CENTRAL BANK OF ILLINOIS AND
I.H. MISSISSIPPI VALLEY CREDIT UNION

Steven L. Nelson
Califf & Harper, P.C.
P.O. Box 719
Moline, IL 61266
ATTORNEY FOR FIRST MIDWEST BANK

Richard A. Davidson
Lane & Waterman, L.L.P.
220 N. Main Street, Suite 600
Davenport, Iowa 52801
ATTORNEY FOR BANK ORION

Candy K. Pastrnak
Pastrnak Law Firm, P.C.
313 W. 3rd Street
Davenport, Iowa 52801
ATTORNEY FOR WALCOTT TRUST & SAVINGS BANK

Jones Lease Properties, L.L.C.
P.O. Box 132
Colona, IL 61241
DEBTOR

United States Trustee
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309

## **PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause via E-filing through the United States Bankruptcy Court for the Southern District of Iowa (who have provided e-mail addresses through the ECF System) and to the Debtor via regular U.S. Mail, on the 3rd day of January, 2019.

/S/ Kevin Halligan